CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE SPURELL     KF-3925 | : |
| **Full Name of Plaintiff**     **Inmate Number** | : |
| | : Civil No. _____ |
| v. | : (to be filled in by the Clerk's Office) |
| | : |
| SHAWN KANE, et al., | : ( X ) Demand for Jury Trial |
| **Name of Defendant 1** | : (___) No Jury Trial Demand |
| | : |
| KATHY BRITTAIN | : |
| **Name of Defendant 2** | : |
| | : |
| BETH LAZUSKY | : |
| **Name of Defendant 3** | : |
| | : |
| R. REESE | : |
| **Name of Defendant 4** | : |
| | : |
| P. DAMITER | : |
| **Name of Defendant 5** | : |

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

FILED
SCRANTON
NOV 03 2025
PER_____
DEPUTY CLERK

I.   **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

  X    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

  ___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

  ___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

AMERICAN CORRECTIONAL ASSOCIATION
NAME OF DEFENDANT 6

K. SHELUGA
NAME OF DEFENDANT 7

II.  ADDRESSES AND INFORMATION

A.  PLAINTIFF

SPURELL, DWAYNE C.
Name (Last, First, MI)

KF- 3925
Inmate Number

SCI- FRACKVILLE
Place of Confinement

1111 ALTAMONT BLVD.
Address

FRACKVILLE, SCHUYKILL, PA. 17931-2699
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___  Pretrial detainee
___  Civilly committed detainee
___  Immigration detainee
_X_  Convicted and sentenced state prisoner
___  Convicted and sentenced federal prisoner

B.  DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

KANE, SHAWN, et al.,
Name (Last, First)

CFMM2 MAINTENANCE DEPARTMENT OF SCI-FRACKVILLE
Current Job Title

1111 ALTAMONT BLVD.
Current Work Address

FRACKVILLE, SCHUYKILL, PA. 17931-2699
City, County, State, Zip Code

Defendant 2:

BRITTAIN, KATHY

Name (Last, First)

FACILITY MANAGER

Current Job Title

1111 ALTAMONT BLVD.

Current Work Address

FRACKVILLE, SCHUYKILL, PA. 17931-2699

City, County, State, Zip Code


Defendant 3:

LAZUSKY, BETH

Name (Last, First)

GRIEVANCE COORDINATOR

Current Job Title

1111 ALTAMONT BLVD.

Current Work Address

FRACKVILLE, SCHUYKILL, PA. 17931-2699

City, County, State, Zip Code


Defendant 4:

REESE, ROBERT

Name (Last, First)

DSFM

Current Job Title

1111 ALTAMONT BLVD.

Current Work Address

FRACKVILLE, SCHUYKILL, PA. 17931-2699

City, County, State, Zip Code


Defendant 5:

DAMITER, PETER

Name (Last, First)

DSCS

Current Job Title

1111 ALTAMONT BLVD.

Current Work Address

FRACKVILLE, SCHUYKILL, PA. 17931-2699

City, County, State, Zip Code

Page 3 of 6
CONT.

DEFENDANT 6:

AMERICAN CORRECTIONAL ASSOCIATION
NAME ( LAST, FIRST)

STANDARDS AND ACCREDITATION DEPARTMENT
CURRENT JOB TITLE

206 NORTH WASHINGTON STREET, SUITE 200
CURRENT WORK ADDRESS

ALEXANDRIA, VIRGINIA   22314
CITY, COUNTY, STATE, ZIP CODE


DEFENDANT 7:

SHELUGA, K.
NAME ( LAST, FIRST)

B- BLOCK UNIT MANAGER
CURRENT JOB TITLE

1111 ALTAMONT BLVD.
CURRENT WORK ADDRESS

FRACKVILLE, SCHUYKILL, PA. 17931-2699
CITY, COUNTY, STATE, ZIP CODE

### III.  STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.  Describe where and when the events giving rise to your claim(s) arose.

SCI-FRACKVILLE, SINCE MY ARRIVAL HERE AT SCI- FRACKVILLE

B.  On what date did the events giving rise to your claim(s) occur?

SINCE MY ARRIVAL HERE AT SCI-FRACKVILLE

C.  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I HAVE BEEN COMPELLED UNDER DURESS TO SHARE THE SMALL CELLS OF FRACKVILLE. THESE CELLS DO NOT FIT THE STANDARD CRITERIA SET BY THE ACCREDITATION TEAM(#4-4132). 25SQUARE FEET OF UNEMCUMBERED SPACE PER PERSON. COUPLED WITH THE NEW PROTOCOL COMPELLING MORE TIME BEING SPENT IN A SMALL CRAMPED CELL WITH ANOTHER PERSON. FROM BEING ABLE TO BREATH WITH OUT A PROBLEM AND ALSO NOT HAVING REAL BAD STOMACH & BACK PROBLEMS FROM THE BAD WATER PROBLEM IN SCI-FRACKVILLE. AND THE OFFICIALS OF SCI-FRACKVILLE ARE WELL AWARE OF THE ADVERSE AFFECTS OF DOUBLE CELLING INMATES. TO PLACE TWO INMATES INSIDE A CELL DESIGNED TO HOLD ONE INMATE GOES AGAINST THE DEPARTMENT OF CORRECTIONS EXPERT'SSTANDARDS WHICH HAVE ALREADY BEEN SET. DC-ADM POLICY #2.1.1. SECTION 2 B.1 OPERATIONAL BED CAPACITY. DEF.1 MR. KANE SENT A MEMO TO THE ACCREDITATION TEAM 1-22-2020 AND STATED THAT THE UNENCUMBERED SPACE IN GENERAL POPULATION CELLS IS THREE SQUARE FEET SHORT OF COMPLIANCE. SCI-FRACKVILLE WAS CONSTRUCTED IN 1986 SO A PHYSICAL PLANT CHANGE IS NOT POSSIBLE. AND SCI-FRACKVILLE WAS GRANTED A WAIVER DURING

OUR LAST ACCREDITATION AND WOULD REQUEST A WAIVER BE GRANTED. SO NOT ONLY DO THE PLUMBING CAUSE HARM AND THE CRAMPED SPACES WITH IT BEING TWO INMATES IN A CELL TOGETHER BUT THE OFFICIALS HERE ALSO CAUSE HARM WITH THE HELP OF THE ACCREDITATION TEAM. INSTEAD OF THE ACCREDITATION TEAM NOT GIVING SCI-FRACKVILLE ANOTHER WAIVER AND FORCING SCI-FRACKVILLE TO COME TO COMPLIANCE OR BE SHUT DOWN. THAT WOULD HELP A LOT OF INMATES AND ALSO IT WOULD HELP EVERYONE INVOLVED. NOT TO FOR GET THE DC-135A's I PUT IN FOR MRS.R2 ADAMCIK AND MRS. CINTRON AND ASKED FOR A SINGLE CELL BUT WAS NEVER ANSWERED AS IF I DIDN'T EXIST. SO I FINALLY FILED THIS SUIT AND INFORMED ALL THE DEFENDANTS INVOLVED WHICH I FILED IN 08-26-2025 AND THEN 20 DAYS LATER I GET A INITIAL LEVEL EXTENSION WHICH WAS ALREADY UNTIMLY WHICH ALSO POINTS ME TO EXHIBIT [E] EXHIBIT [J] WHICH STATES THAT "WHAT IS GOOD FOR THE GOOSE IS GOOD FOR THE GANDER." AND -RECOGNIZING THAT JUST AS "PRISONERS [MUST] COMPLY WITH THE PROCEDURAL DEMANDS OF A SYSTEM CREATED BY THEIR JAILORS[,]" "[N]O LESS MUST PRISONS COMPLY WITH THE DEMANDS OF THE SYSTEM THEY CREATED"-WE REQUIRE "STRICT COMPLIANCE BY PRISON OFFICIALS WITH THEIR OWN POLICIES," PLAINTIFF IS TRYING TO GET ON A DIFFERENT PATH HOW IS HE TO DO THAT IF THE ONES THAT ARE PAID TO GUIDE HIM IS CAUSING MORE HARM THAN GOOD.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE OF THE EIGHTH AMENDMENT PROSCRIBES MORE THAN PHYSICALLY BARBAROUS PUNISHMENTS THE AMENDMENT EMBODIES BROAD AND IDEALISTIC CONCEPTS OF DIGNITY CIVILIZED STANDARDS, HUMANITY, AND DECENCY AGAINST WHICH PENAL MEASURES MUST BE EVALUATED. ALSO SEE ; ATTACHED CONSTITUTIONAL AMENDMENTS & CIVIL RIGHTS VIOLATED BY DEF'S EXHIBIT(K)

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

1 NEGLECT, 2)NEGLIGENCE, 3)EMOTIONAL DISTRESS, 4)IGNORING OBVIOUS CONDITIONS, 5)FAILING TO INVESTIGATE ENOUGH TO MAKE INFORMED JUDGEMENT

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

COMPENSATORY & PUNITIVE DAMAGES ALSO A SINGLE CELL IN SCI-CHESTER IN THE SCANDINAVIAN PROGRAM

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Dwayne Spurell*
Signature of Plaintiff

10-14-25
Date